**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **SMITHCNC-SOLAR, d/b/a** **SUNPRO-SOLAR, LLC,** | **Case No.:** <u>5:23-CV-413</u> |
| **Plaintiff,** | |
| **v.** | **Judge** <u> </u> |
| **DANHYDRA, INC.** | |
| **Defendant.** | |

---

**EXHIBIT 1**

**DEFENDANT DANHYDRA, INC.'S NOTICE OF REMOVAL**

IN THE COURT OF COMMON PLEAS, STARK COUNTY, OHIO

## LYNN M. TODARO
## STARK COUNTY CLERK OF COURTS

**SMITHCNC SOLAR DBA SUNPRO SOLAR LLC ,ET AL**
PLAINTIFF,

VS.                                                CASE NUMBER :        **2023CV00113**

**DANHYDRA INC**                                   ASSIGNED JUDGE :     **CHRYSSA N. HARTNETT**

DEFENDANT,

# SUMMONS

January 20, 2023

TO THE FOLLOWING NAMED DEFENDANT:
DANHYDRA INC
C/O WINSTON HARRIS SHAW S/A
5100 BOYD LAKE AVE
LOVELAND, CO 80538

YOU HAVE BEEN NAMED A DEFENDANT IN A COMPLAINT FILED IN STARK COUNTY COURT OF COMMON PLEAS, STARK COUNTY COURT HOUSE, CANTON, OHIO 44702 BY:
SMITHCNC SOLAR - DBA SUNPRO SOLAR LLC
2381 LOCUST STREET UNIT 4
CANAL FULTON, OH 44614
PLAINTIFF.

A COPY OF THE COMPLAINT IS ATTACHED HERETO.  THE NAME AND ADDRESS OF THE PLAINTIFF'S ATTORNEY IS:
GEOFFREY EICHER
ONE CASCADE PLAZA
7TH. FLOOR
AKRON, OH 44308

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

LYNN M. TODARO
CLERK OF COURTS
STARK COUNTY, OHIO

*Rebecca L. Tisevich*

R. TISEVICH, DEPUTY CLERK

STARK COUNTY COMMON PLEAS COURT
CIVIL DESIGNATION FORM
**PURSUANT TO LOCAL RULE 9.02, THIS FORM MUST BE FILLED OUT IN ITS ENTIRETY.
IF THIS FORM IS NOT FILLED OUT IN ITS ENTIRETY, THE COMPLAINT AND ALL
OTHER DOCUMENTS WILL BE RETURNED BY THE CLERK WITHOUT FILING.**

CASE NUMBER _____ 2 0 2 3 C V 0 0 1 1 3

PLAINTIFF

SmithCNC-Solar, d/b/a SunPro-Solar, LLC

-vs-                                            **Hartnett**

Danhydra, Inc.

DEFENDANT

Has this case been previously filed and dismissed? ____Yes X No. If yes, list case no. and
judge._____

List all related pending case(s) including case number and judge. _____

### CIVIL CATEGORIES: PLACE (X) IN ONE CATEGORY ONLY

{ } A. Professional Tort
    { } Medical Malpractice
    { } Dental Malpractice
    { } Optometric Malpractice
    { }Chiropractic Malpractice
    { } Legal Malpractice
    { } Other Malpractice

{ } B. Product Liability

{ } C. Other Tort
    { } Personal Injury
    { } Personal Injury- Auto
    { } Miscellaneous

{ } D. Workers Compensation

{ } E. Foreclosure

{ } F. Administrative Appeal

{ } G. Complex Litigation Classification Requested

{X} H. Other Civil
    {X} Contract Case
    { } Miscellaneous Civil
    { } Real Property
    { } Consumer Sales Practices Act
    { } Credit Card Case

**Brief Factual Summary:**

Plaintiff provided services to Defendant, who refuses to pay.

**Description of damages including all special damages to date:**

Defendant refuses to pay for services provided by Plaintiff totaling $188,959.36.

**Do you think this case should be referred to the Court Mediation Program at this time?** __Yes X No
**Reasons:**

**Is this case based on a violation of the Ohio Mortgage Broker Act (ORC 1322) ?** ____ Yes   X No

Semple & Eicher Co., LPA                    Geoffrey L. Eicher
Firm Name (Print or Type)                   Attorney of Record (Print or Type)
One Cascade Plaza, 7th Floor
Akron, Ohio  44308
Address                                     Signature

330-535-0135                                0041606
Telephone                                   Attorney Registration Number
REV. 9/09



2023 JAN 19 AM 10: 34
CLERK OF COURTS
STARK COUNTY, OHIO

IN THE COURT OF COMMON PLEAS
STARK COUNTY, OHIO

| | |
|---|---|
| SMITHCNC-SOLAR, d/b/a<br>SUNPRO-SOLAR, LLC<br>2381 Locust Street, Unit 4<br>Canal Fulton, Ohio 44614<br><br>        Plaintiff<br><br>vs.<br><br>DANHYDRA, INC.<br>c/o Winston Harris Shaw, Statutory Agent<br>5100 Boyd Lake Ave.<br>Loveland, CO 80538<br><br>        Defendant | )   CASE NO. **2023CV00113**<br>)<br>)   JUDGE   **Hartnett**<br>)<br>)<br>)<br>)   **COMPLAINT**<br>)   **(Breach of Contract;**<br>)   **Money Due on Account)**<br>)<br>)<br>)<br>)<br>) |

Now comes the Plaintiff and for its cause of action states as follows:

1.     At all times relevant herein, Plaintiff, SmithCNC-Solar, d/b/a SunPro-Solar, LLC ("SunPro"), was a limited liability company duly formed and operating under the law of the State of Ohio.

2.     At all times relevant herein, Defendant, Danhydra, Inc. ("Danhydra"), was a corporation duly licensed and organized under the laws of the State of Colorado.

3.     On or about February 10, 2021, Danhydra contacted SunPro, in the State of Ohio, for the purpose of providing a quote for the manufacture of certain industrial equipment for Danhydra. It was understood and contemplated that SunPro may have to secure the manufacture

of different components of the industrial equipment in various parts of the country, or even outside of the United States.

4.      SunPro initially provided a quote for the requested work to Danhydra, along with SunPro's standard contract terms and conditions, which include the provision that Ohio law shall apply to the transaction.  Said terms and conditions are attached hereto as Exhibit 1.

5.      Danhydra did not accept the initial quote due to price and requested that SunPro obtain quotes from various manufacturers outside of the United States in order to reduce costs. Ultimately, SunPro obtained manufacturing costs suitable to Danhydra at which on March 24, 2021, Danhydra issued a purchase order for the manufacture of the equipment.  A copy of the Danhydra purchase order is attached hereto as Exhibit 2.  The Danhydra purchase order contained no additional terms and/or conditions.  Thereafter, SunPro began manufacture of the equipment per the Danhydra purchase order.

6.      As manufacture of the equipment progressed, Danhydra requested numerous changes to the purchase order and requested manufacturing specifications not previously provided to SunPro nor identified in the Danhydra purchase order.  These product specification changes resulted in manufacturing delays and additional charges, all of which Danhydra agreed upon.

7.      On or about September 6, 2022, after the manufacture of the requested machinery was nearly complete, including all of the requested product specification changes, Danhydra abruptly cancelled the order, refusing to make payment.

8.      As a direct and proximate result of Danhydra's breach, SunPro has been damaged in the amount of $188,959.36 (Exhibit 3).

WHEREFORE, Plaintiff demand judgment against the Defendant in an amount of $188,959.36, plus the costs of this action.

Respectfully submitted,

Geoffrey L. Eicher (0041606)
SEMPLE & EICHER CO., LPA
One Cascade Plaza
Seventh Floor
Akron, Ohio 44308
(330) 535-0135
(330) 535-0701-fax
geoff@se.legal
Attorney for Plaintiff

## INSTRUCTIONS TO THE CLERK

Please issue Summons and Complaint upon the Defendant as set forth in the caption of this Complaint by certified mail, return receipt requested.

Geoffrey L. Eicher

### SmithCNC-SOLAR Standard TERMS AND CONDITIONS

**TAXES**
1) The prices quoted are exclusive of any present or future Federal, State, Municipal or other Sales or Use or Excise Taxes.

**SPECIFICATIONS & PRACTICES**
2) All products shall be furnished subject to SELLER'S standard manufacturing specifications and practices. Any change in the SELLER'S standard manufacturing specifications or practices requested by BUYER will be subject to approval by SELLER. All affected provisions of the contract resulting from said change(s) including, but not limited to, the price and shipment date shall be subject to the mutual agreement of the parties.
3) SmithCNC-SOLAR assumes no responsibility for the proper functioning or engineering or maintenance of molds, dies, parts of equipment made by it in conformity with, and within tolerance specified in, plans or specifications submitted by the BUYER. SmithCNC-SOLAR does not guarantee any specified tolerance in the manufacture of any casting from models submitted by the BUYER unless special arrangements are made with respect thereto.

**CANCELLATION BEFORE SUBSTANTIAL PERFORMANCE BY SELLER**
4) In the event BUYER cancels its purchase order before SELLER has substantially performed the contract, BUYER shall pay SELLER for partial performance which shall be completed labor at SELLER's prevailing shop rate and purchased material and services at cost plus a reasonable markup.

**DELAYS**
5) The SELLER shall not be liable for any expense, loss or damage resulting from delay or prevention of performance caused by fires, floods, Acts of God, strikes, labor disputes, labor shortages, inability to secure labor or materials, riots, thefts, accidents, acts or failure to act by Government, or BUYER, transportation delays, or any other cause whatsoever, whether similar or dissimilar to those enumerated above, beyond the reasonable control of the SELLER which may delay or prevent SELLER'S performance hereunder.

**LAWS AND REGULATIONS**
6) Should any federal, state or local law, or other code, law or regulation require changes to be made in the SELLER'S production specifications and or practices, the BUYER shall so notify SELLER; on receipt of said notice the contract price, schedule for shipment, and any other affected conditions of the contract shall be adjusted accordingly.

**RISK OF LOSS**
7) Risk of Loss to the products called for and furnished under the terms of this contract shall pass to the BUYER upon delivery of the product or any portion thereof to a common carrier at a point of origin. In the event that SELLER transports the products, risk of loss shall pass to BUYER at time of delivery at point of destination.

**WARRANTY**
8) The SELLER shall at its option either repair or replace F.O.B. point of shipment or credit the BUYER (with the price paid to the SELLER by BUYER for such nonconforming part) for any part of the product or products which, prior to the expiration of ninety (90) days from date of shipment, fail to conform to the dimensions and/or materials specified in the order, provided the BUYER properly stores the product(s) and promptly notified SELLER of such nonconformity. ALL OTHER WARRANTIES EITHER EXPRESSED OR IMPLIED INCLUDING WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE EXCLUDED FROM THIS CONTRACT. The sole liability of the SELLER and the exclusive remedy of the BUYER arising out of the manufacture, sale or furnishing of the product or products hereunder or their use, whether arising under warranty, tort (including negligence), or otherwise, shall be limited to the cost of repair or replacement as herein specified. The SELLER shall not be responsible for work done, products or parts furnished, or repairs made by others, unless the work is specifically ordered by the SELLER for the fulfillment of the contract. Further, SELLER'S maximum liability hereunder arising from any cause whatsoever shall not exceed the contract price.

**TITLE**
9) All tools, dies, molds, jigs, or equipment used for production, except those furnished to SmithCNC-SOLAR by the BUYER without cost, shall remain the property of SmithCNC-SOLAR, unless special arrangements are made to the contrary.

**ADDITIONS, MODIFICATIONS AND REPAIRS**
10) SELLER'S sole liability nonconforming of defective additions, modifications, or repairs to BUYER'S products shall be to repair or replace the nonconforming addition, repair or modification or in failure thereof, SELLER'S liability shall be the price paid or to be paid to SELLER by BUYER.

**SPECIAL INCIDENTAL & CONSEQUENTIAL DAMAGES**
11) In no event shall the SELLER be liable for special, incidental or consequential damages whether direct, special, incidental, consequential or otherwise resulting directly or indirectly from the use of, or inability to use, the products sold hereunder, including but not limited to, loss of profits, increased operating costs, loss of production or shutdown of operation, cost of money, loss of use of revenue or otherwise, and liabilities, claims and expenses of third parties.

**GOVERNING LAW**
12) This contract shall be construed in accordance with the laws of the State of Ohio.

**CONTRACT FORMATION**
13) BUYER and SELLER agree that this quotation including the foregoing terms and conditions shall constitute the complete and final agreement between BUYER and SELLER in respect to this transaction. There are no understandings between the parties hereto except as expressly provided herein and any purchase order issued by BUYER shall incorporate the terms and conditions hereof. Any and all terms and conditions of said purchase order which vary from the terms and conditions hereof and are hereby expressly objected to. None of the terms and conditions contained in this quotation may be added to, modified, superseded or otherwise altered except by a written instrument signed by an authorized representative of SELLER.
14) The BUYER shall hold and save SmithCNC-SOLAR, its officers, agents, and employees harmless from liability of any kind, including costs and expenses for or on account of any patented or unpatented invention, article or appliance manufactured in the performance of any order of the BUYER in accordance with designs and specifications approved by the BUYER hereunder.

**FREIGHT**
15) Shipments will be made EXW, factory unless otherwise contracted for in writing.

05/22/19





# DANHYDRA
### TOOL SOLUTIONS FOR WIND POWER

# Purchase Order PO001040

Smith CNC-USA LLC
2399 Locust St #3
Canal Fulton, OH
44614
USA

| Danhydra | |
|---|---|
| Document Date | 3/24/2021 |
| Payment Terms | Net cash 30 days |
| Shipment Terms | |
| Purchased by | Tonia Hemphill |
| Phone No. | +1 (720) 601-2322 |
| E-Mail | toh@danhydra.com |

**Ship-to Address**
Danhydra Inc.
5100 Boyd Lake Ave.
Loveland, Colorado
80538
USA

| Vendor | |
|---|---|
| Your Reference | |
| Buy-from Vendor No. | 3302680362 |
| Attention | |

Page 1 of 1

| Danhydra item no. | Vendor item no. | Description | Delivery time | Quantity | Direct Unit Cost(USD) | Amount(USD) |
|---|---|---|---|---|---|---|
| | | WT20 Full Rotor Lift Tool | | 1 | 5,000.00 | 5,000.00 |
| | | PO provided to move forward with | | | | |
| | | material procurement. | | | | |
| | | WT20 Full Rotor Lifting Tool | 08/18/21 | 1 | 59,500.00 | 59,500.00 |
| | | PO to cover final design on lifting tool | | | | |
| | | | | | **Total USD** | **64,500.00** |

Please confirm this Purchase order in writing within 2 days.

Please send invoices per e-mail to: Invoice.us@danhydra.com.



**Danhydra Inc.**
5100 Boyd Lake Ave.          Phone No. +1 (720) 663-0673          Bank: BOK Financial          IBAN: 102000607
US-Loveland, Colorado        VAT Registration No.                 Account:: 3530965            SWIFT: BAOKUS44
USA

www.danhydra.com

**From:** Douglas Smith
**Sent:** Tuesday, September 6, 2022 9:31 AM
**To:** Winston Shaw <whs@danhydra.com>
**Subject:** FW: Danhydra

Winston;
After reviewing where were at on this Danhydra Project here is what I came up with.
We can get in a big Legal battel or part ways and move on. We will need All invoices and extras paid up and offer a 1 time release on the non-circumvent to finish this project.
There have been so many additional requirements after the job was quoted and started working to draft drawings as seen from previous email.
Danhydra was fully aware of this and ALL meticulously documented and reviewed with daily conference calls. At this point its an accounting matter to settle up and move on.

We did an accounting where we stand on completion of the project and it as follows;
There are 5 different part to this.

1. Dummy lifting tool 100% finished
2. Lifting tool finished only needs paint. So 98%
3. Barrel 85% complete on hold by GE waiting for Charpy weld test. Completed and passed now as of Friday. This was a new requirement.
4. Legs 95% complete new plates Passed Charpy test.
5. Transport stand 99% finished
6. ALL materials purchased.
7. Cancelation fee 10%

Payment received Deposit on Dec 22nd. 50%  $105,588.52



Payment received Deposit on Jun3rd. $4,500
.Payment received Deposit May 27  10,440.57 50% on additional items on lifting tool.

Additional items:

1. Additional bolt carriers and new parts. PN 162424    $15,060.70 Approved by DH

2. Change to materials on Blocks. $4,671.81 approved by DH

3. C5110 quote for Welding Charpy test $3,550.00  approved by DH

4. Charpy steel test on Legs $4,500 additional requirement.

5. Cancelation fee 10%

These are in addition to revised PO1825

Summary:

| | |
|---|---|
| PO 1825 | 253,090.79 |
| Additional bolt carriers and new parts. PN 162424 | 15060.7 |
| Change to materials on Blocks. $4,671.81 | 4671.81 |
| C5110 quote for Welding Charpy test $3,550.00 | 3550 |
| Charpy steel test on Legs $4,500 | 4500 |
| Sub Total | 280,873.30 |
| Cancelation 10% | 28087.33 |
| Total | **308,960.63** |
| | |
| | |
| Deposit on Dec 22nd. 50% | 105,060.70 |
| received Deposit on Jun3rd | 4500 |
| received Deposit May 27 | 10,440.57 |
| balance | **188,959.36** |



*Making Lives Better At A Time*

www.SunProSolar.us

FaceBook https://www.facebook.com/httpssunprosolar.us

Ph 330-949-1242

**From:** Abe Weagraff <ajw@danhydra.com>
**Sent:** Friday, December 3, 2021 12:45 PM
**To:** Douglas Smith <doug@smithcnc-usa.com>; Doug Smith <doug.smith@smithcnc-solar.com>
**Cc:** Winston Shaw <whs@danhydra.com>
**Subject:** RE: NDA

Thanks.  See attached for fully executed.

Med venlig hilsen / Mit freundlichen Grüßen / Yours sincerely

**Abe Weagraff**
Regional Supply Chain Manager, USA

T:  +1 (720) 663-0673
M: +1 (970) 893-0453
E:  ajw@danhydra.com

**Danhydra Inc.**
5100 Boyd Lake Ave.
Loveland, CO 80538

www.danhydra.com



This message is private and confidential. If you have received
this e-mail in error please notify the sender immediately and
remove it from your system.

For GDPR policy please see here.

Please consider the environment before printing this e-mail.

**From:** Douglas Smith <doug@smithcnc-usa.com>
**Sent:** Thursday, December 2, 2021 7:28 PM
**To:** Abe Weagraff <ajw@danhydra.com>; Doug Smith <doug.smith@smithcnc-solar.com>
**Cc:** Winston Shaw <whs@danhydra.com>
**Subject:** RE: NDA

Abe;

Good meeting you guys today. Attached is the signed copy of the NDA.
See you in Mexico.

Winston Justin says Hi.

Thank you!
## Doug Smith
Pres/Ceo



www.Smithcnc-solar.com
FaceBook SmthCNC-Solar
https://www.facebook.com/Smithcnc-SOLAR-113303514480026

Ph 330-949-1242

**From:** Abe Weagraff <ajw@danhydra.com>
**Sent:** Thursday, December 2, 2021 2:51 PM
**To:** Doug Smith <doug.smith@smithcnc-solar.com>; Douglas Smith <doug@smithcnc-usa.com>
**Cc:** Winston Shaw <whs@danhydra.com>
**Subject:** NDA

Hey Doug,

See attached updated NDA.  I added in Section 5 around Non-Circumvention and updated the language a bit to align with our NDA.  I removed the portion stating "supplier agrees" as your supplier is not a party to this agreement and I expect you have something similar in place with them already.  If this fits your needs please sign and return.

Thanks, Abe.

Med venlig hilsen / Mit freundlichen Grüßen / Yours sincerely

**Abe Weagraff**
Regional Supply Chain Manager, USA

T:  +1 (720) 663-0673
M: +1 (970) 893-0453
E:  ajw@danhydra.com

**Danhydra Inc.**
5100 Boyd Lake Ave.
Loveland, CO 80538

www.danhydra.com



This message is private and confidential. If you have received
this e-mail in error please notify the sender immediately and
remove it from your system.

For GDPR policy please see here.

**Please consider the environment before printing this e-mail.**



**MyTAAC**
STEEL WORK SOLUTIONS

Manufacturas y Tecnologías Avanzadas de Acero, S.A. DE C.V.
Antonio E. Marcos 1219. Cosmópolis
Apodaca N.L. C.P. 66612.
Tel. +(81) 1958-9390
RFC MTA 110923 8P

Reference No: C.5110
Date: 15/AGO/2022

Cliente / Customer: SMITH CNC.

Atención / Attention: JUAN CARLOS GONZALEZ.

En respuesta a su amable solicitud de cotización, ponemos a su consideración los siguientes precios, para la fabricación de los siguientes artículos / In response to your kindly request of quotation, we put in consideration the following prices for the manufacturing of the following items:

| Part Number | Eau | Unit Price (Usd) |
|---|---|---|
| Welding Procedure Specification D14.1 with charpy test. | 1 | $3,550.00 |

**Observaciones/Comments:**
-Including PQR, WPQ.
-Charpy test of welding.

**Términos de venta / Sales Terms:**
1. Al Facturar se le agregara el I. V. A. / Income tax will be charged at invoice.
2. Precios en dólares / All prices in Dlls.
3. Vigencia de cotización; 30 días / Quotation active during 30 days.
4. Forma de pago: 15 días / Means of payment: 15 days
5. Precios sujetos a cambio por variación notable en nuestros costos / Prices may vary depending on changes in our costs.
6. Los bienes o productos no recolectados en un periodo de 6 meses pasarán a disposición de Scrap debido a la necesidad de espacio/Products or goods not recollected in a six months period will be moved to scrap due space availability.

P.A.
Luis Gza.
15/08/22

Atentamente / Regards
**Rolando Cruz.**
*Technical Manager*

Autoriza / Authorize
**Luis Gonzalez Ayala**
*Commercial Planning Manager*

FMV - 002



# QUOTATION

DATE:    22/08/2022                    Quote No. SunPro SOLAR-20220822

Material: plate 114mm A572-50 = $171.21 USD

MAchining: $624 USD

Second Quotation

Material:

1 pz Round bar 16" x 115mm

2 pz Round bar 12.5" x 115mm

Total $2,555.02 USD (including charpy test)

Machining:

$2,912 USD


Difference between material: $2,555.02 USD -  $171.21 USD = $2,383.81 USD


Difference between machining: $2,912USD - $624USD = $2,288 USD


Total: $4,671.81 USD

**SunPro Solar**

*Making lives better one roof at a time*

2381 LOCUST ST. UNIT 4 CANAL FULTON, OHIO
44614 PH. 330-949-1242

Date 8/09/2

Bolt carrier

| | description | picture | part number | qty | price |
|---|---|---|---|---|---|
| 1 | castings | | 162524 | 3 | $ 337.50 |
| 2 | Machining | | 162524 | 36 | $ 151.20 |
| 3 | Sacrificial Plate | | 162526 | 35 | $ 58.00 |
| 4 | Sacrificial Plate | | 162525 | 35 | $ 54.00 |
| 5 | Galvinize | .75/lb * 35lbs | 162524 | 36 | $ 0.75 |
| | | | | Total | |
| 6 | Pattern | | | 1 | $ 3,740.00 |



2

Total

$   1,012.50

$   5,443.20

$   2,030.00

$   1,890.00

$      945.00

$ 11,320.70

$   3,740.00


**DANHYDRA**
TOOL SOLUTIONS FOR WIND POWER

# Purchase Order PO001825

**Smith CNC-USA LLC**
2399 Locust St #3
Canal Fulton, OH
44614
USA

| Danhydra | |
| --- | --- |
| Document Date | 12/16/2021 |
| Payment Terms | Net cash 30 days |
| Shipment Terms | |
| Purchased by | Abe Weagraff |
| Phone No. | +1 (970) 893-0453 |
| E-Mail | ajw@danhydra.com |

**Ship-to Address**
Danhydra Inc
Att. +1 (720) 663-0673
5100 Boyd Lake Avenue
Loveland, Colorado
80538
USA

| Vendor | |
| --- | --- |
| Your Reference | |
| Buy-from Vendor No. | 3302680362 |
| Attention | |

Page 1 of 2

| Danhydra item no. | Vendor item no. | Description | Delivery time | Quantity | Direct Unit Cost(USD) | Amount(USD) |
| --- | --- | --- | --- | --- | --- | --- |
| 351076 | | Full rotor lift tool Sierra GE WT20 | 02/04/22 | 1 PIECES | 28,587.00 | 28,587.00 |
| SETUP | | Lifting Tool Adtl Testing and Material | 02/04/22 | 1 | 6,437.46 | 6,437.46 |
| 162232 | | Load test welded Sierra | 02/04/22 | 1 PIECES | 20,250.00 | 20,250.00 |
| SETUP | | Dummy Tool Adtl Testing and Material | 02/04/22 | 1 | 3,701.73 | 3,701.73 |
| 162240 | | Transport frame 2 Sierra | 02/04/22 | 1 PIECES | 8,940.05 | 8,940.05 |
| SETUP | | Transport Stand Adtl Testing and Material | 02/04/22 | 1 | 1,944.35 | 1,944.35 |
| | | Unbalanced Rotor Stand | 02/25/22 | 1 | 153,400.00 | 153,400.00 |
| | | Additional labor required on UBRS | | 1 | 24,378.00 | 24,378.00 |
| | | Additional Pins for UBRS - 162192 | | 6 | 908.70 | 5,452.20 |
| | | Charge items are the agreed upon costs from 5/13 | | | | |

| | |
| --- | --- |
| **Total USD** | **253,090.79** |

**Purchase Order shall be confirmed in writing within 2 working days**

Invoice must be issued by e-mail with reference to PO number to:**Invoice.us@danhydra.com**
For this order Danhydra "General Terms and Conditions of Purchase" apply which is found on:
**https://danhydra.com/about/standard-terms-and-conditions/**

**Danhydra Inc.**
5100 Boyd Lake Ave.          Phone No. +1 (720) 663-0673          Bank: BOK Financial          IBAN: 102000607
US-Loveland, Colorado          VAT Registration No.          Account:: 3530965          SWIFT: BAOKUS44
USA

www.danhydra.com



# DANHYDRA
**TOOL SOLUTIONS FOR WIND POWER**

### Purchase Order
### COPYPO001825

Smith CNC-USA LLC
2399 Locust St #3
Canal Fulton, OH
44614
USA

| Danhydra | |
|---|---|
| Document Date | 12/16/2021 |
| Payment Terms | Net cash 30 days |
| Shipment Terms | |
| Purchased by | Abe Weagraff |
| Phone No. | +1 (970) 893-0453 |
| E-Mail | ajw@danhydra.com |

**Ship-to Address**
Danhydra Inc
Att.  +1 (720) 663-0673
5100 Boyd Lake Avenue
Loveland, Colorado
80538
USA

| Vendor | |
|---|---|
| Your Reference | |
| Buy-from Vendor No. | 3302680362 |
| Attention | |

Page 1 of 2

| Danhydra item no. | Vendor item no. | Description | Delivery time | Quantity | Direct Unit Cost(USD) | Amount(USD) |
|---|---|---|---|---|---|---|
| 351076 | | Full rotor lift tool Sierra GE WT20 | 02/04/22 | 1 PIECES | 28,587.00 | 28,587.00 |
| SETUP | | Lifting Tool Adtl Testing and Material | 02/04/22 | 1 | 6,437.46 | 6,437.46 |
| 162232 | | Load test welded Sierra | 02/04/22 | 1 PIECES | 20,250.00 | 20,250.00 |
| SETUP | | Dummy Tool Adtl Testing and Material | 02/04/22 | 1 | 3,701.73 | 3,701.73 |
| 162240 | | Transport frame 2 Sierra | 02/04/22 | 1 PIECES | 8,940.05 | 8,940.05 |
| SETUP | | Transport Stand Adtl Testing and Material | 02/04/22 | 1 | 1,944.35 | 1,944.35 |
| | | Unbalanced Rotor Stand | 02/25/22 | 1 | 153,400.00 | 153,400.00 |
| | | Additional labor required on UBRS | | 1 | 24,378.00 | 24,378.00 |
| | | Additional Pins for UBRS - 162192 | | 6 | 908.70 | 5,452.20 |
| | | Charge items are the agreed upon costs from 5/13 | | | | |

Total USD **253,090.79**

**Purchase Order shall be confirmed in writing within 2 working days**

Invoice must be issued by e-mail with reference to PO number to:**Invoice.us@danhydra.com**
For this order Danhydra "General Terms and Conditions of Purchase" apply which is found on:
**https://danhydra.com/about/standard-terms-and-conditions/**

**Danhydra Inc.**
5100 Boyd Lake Ave.     Phone No. +1 (720) 663-0673     Bank: BOK Financial     IBAN: 102000607
US-Loveland, Colorado     VAT Registration No.     Account:: 3530965     SWIFT: BAOKUS44
USA

www.danhydra.com

**SunPro Solar**

*Making lines better one roof at a time*

2381 LOCUST ST. UNIT 4 CANAL FULTON. OHIO
44614 PH. 330-949-1242

Date 8/09/22

Bolt carrier

| | description | picture | part number | qty | price | Total |
|---|---|---|---|---|---|---|
| 1 | castings | | 162524 | 3 | $ 337.50 | $ 1,012.50 |
| 2 | Machining | | 162524 | 36 | $ 151.20 | $ 5,443.20 |
| 3 | Sacrificial Plate | | 162526 | 35 | $ 58.00 | $ 2,030.00 |
| 4 | Sacrificial Plate | | 162525 | 35 | $ 54.00 | $ 1,890.00 |
| 5 | Galvinize | .75/lb * 35lbs | 162524 | 36 | $ 0.75 | $ 945.00 |
| | | | | Sub Total | | $ 11,320.70 |
| 6 | Pattern | | | 1 | $ 3,740.00 | $ 3,740.00 |
| | | | | TOTAL | | $ 15,060.70 |

UNITED STATES POSTAL SERVICE

Date Produced: 01/30/2023

STARK COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 9489 0090 0027 6446 5378 30. Our records indicate that this item was delivered on 01/25/2023 at 01:16 p.m. in LOVELAND, CO 80538. The scanned image of the recipient information is provided below.

Signature of Recipient :

NettieBell

Address of Recipient :

5100 Boyd
Lake Ave
80538

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 0364063 338613292023CV00113000



